No. 95–1184.  GLICKMAN, SECRETARY OF AGRICULTURE *v.* WILEMAN BROTHERS & ELLIOTT, INC., ET AL., *ante,* p. 457. Petition of Wileman Brothers & Elliott, Inc., et al. for rehearing denied.  Petition of Gerawan Farming, Inc., et al. for rehearing denied.

No. 96–9070.  SMITH *v.* UNITED STATES, *ante,* p. 1110.  Motion for leave to file petition for rehearing denied.

SEPTEMBER 16, 1997

No. 97–5032.  BLEDSOE *v.* UNITED STATES.  C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.